IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| BANK OF NEW YORK TRUST CO. N.A | § | |
|---|---|---|
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 3-08-CV-0630-K |
| | § | |
| CAROLYN K. OLDS | § | |
| | § | |
| Defendant. | § | |

### ORDER

After conducting a review of the pleadings, files and records in this case, and the Findings and Recommendation of the United States Magistrate Judge in accordance with 28 U.S.C. § 636(b)(1), I am of the opinion that the Findings and Recommendation of the Magistrate Judge are correct, and they are hereby accepted as the Findings of the Court.

Defendant Olds filed a "Complaint" on May 15, 2008, and because she is the defendant in this attempted Notice of Removal, the Court strikes the Complaint from the records in this case. In the event that she wishes the Court to consider this a separate civil action, she must comply with the Federal Rules of Civil Procedure and the Local Rules and file a separate cause of action. Further, that action must allege proper federal jurisdiction, or it will be subject to summary dismissal.

SO ORDERED.

Signed this 30th day of May, 2008.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE